IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY K. WINDSOR, | ) | No. C 10-0368 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| SAN QUENTIN STATE PRISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Plaintiff, a California State prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Upon initial screening of the complaint, on June 29, 2010, the court concluded that the original complaint in its present state failed to state a claim and dismissed the complaint with leave to amend. In the order, the court ordered plaintiff to file an amended complaint curing the noted deficiencies no later than July 29, 2010. The court warned that if plaintiff failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice. To date, the court has received no response from plaintiff.

  Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

  IT IS SO ORDERED.

DATED:  8/3/10

_____
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Windsor368dis.wpd